## ASSIGNMENT OF MORTGAGE

Saxon Mortgage, Inc. d/b/a Saxon Home Mortgage holder of a mortgage from Michael A. Steele and Michelle L. Denning to Saxon Mortgage, Inc. d/b/a Saxon Home Mortgage dated March 31, 2007 recorded in the Penobscot County in the State of Maine at Book 10902, Page 73 on April 9, 2007 hereby assigns said mortgage and the note and claim to:
Federal National Mortgage Association, 5600 Granite Pkwy, Building VII, Plano, TX 75024

Property Address: 663 Main Street, Old Town, Maine 04468

**IN WITNESS WHEREOF** the said Saxon Mortgage, Inc. d/b/a Saxon Home Mortgage has caused its corporate seal to be hereto affixed and these presents to be signed in its name and behalf by ___Tim Preston___ its ___Vice President___, this 27 day of ___February___, 2020.

Saxon Mortgage, Inc. d/b/a Saxon Home Mortgage

By: Tim Preston

Its: Vice President


STATE: Maryland
COUNTY: Howard

02 / 27 / 2020

On this 27 day of February, 2020 before me, the undersigned notary public, personally appeared Tim Preston, Vice President who made acknowledgment on behalf of Saxon Mortgage, Inc. d/b/a Saxon Home Mortgage who acknowledges herself/himself to be its ___Vice President___ proved to me through satisfactory evidence of identification, which was ☐ photographic identification with signature issued by a federal or state governmental agency, ☐ oath or affirmation of a credible witness, ☒ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

WITNESS MY HAND AND OFFICIAL SEAL:

PIPELOLUWA OJOIBUKUN
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES 04-01-2023

Pipeloluwa Ojoibukun
Notary Public
My Commission Expires: 04/01/2023

EXHIBIT D

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED