UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**<br><br>    Plaintiff<br><br>v.<br><br>**MICHELLE L. DENNING, et al.**<br><br>    Defendants | Case No. 1:21-cv-00206-LEW |

## ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's order of February 11, 2022, why this action should not be dismissed;

IT IS HEREBY ORDERED that this action be and is dismissed without prejudice.

SO ORDERED.

Dated this 28th day of February, 2022.

                                            /s/ Lance E. Walker
                                            UNITED STATES DISTRICT JUDGE