**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:21-cv-00206-LEW** |
| **Plaintiff** | **RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 11, 2022** |
| vs. | |
| | RE: VACANT REAL PROPERTY |
| **Michelle L. Denning a/k/a Michelle Brunton and Michael A. Steele; Cavalry SPV I, LLC** | 633 Main Street, Old Town, ME 04468 Mortgage: January 7, 2008 Book 11272, Page 140 |
| **Defendants** | Penobscot County Registry of Deeds |

NOW COMES the Plaintiff, Federal National Mortgage Association by and through undersigned counsel, and hereby responds to this Court Order to Show Cause dated February 28, 2022 at ECF No. 12, by filing a Motion to Extend Time to File Motion for Entry of Default as to Defendants.

DATED: February 28, 2022  
/s/ Reneau J. Longoria, Esq.  
Reneau J. Longoria, Esq., Bar No. 5746  
Attorney for Plaintiff  
Doonan, Graves & Longoria, LLC  
100 Cummings Center, Suite 303C  
Beverly, MA 01915  
(978) 921-2670  
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq., hereby certify that on this February 28, 2022 served a copy of the above documents by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.  
Reneau J. Longoria, Esq., Bar No. 5746  
Attorney for Plaintiff  
Doonan, Graves & Longoria, LLC  
100 Cummings Center, Suite 303C  
Beverly, MA 01915  
(978) 921-2670  
RJL@dgandl.com

Michael A. Steele
192 Prentiss Street
Old Town, ME 04468

Cavalry SPV I, LLC
c/o CT Corporation System
128 State Street, #3
Augusta, ME 04330

Michelle L. Denning a/k/a Michelle Brunton
45 Pleasant View Ridge Road, Apt #3
South China, ME 04358