UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 1:21-cv-00206-LEW |
| **Plaintiff** | MOTION TO VACATE AND/OR RECONSIDER ORDER OF DISMISSAL DATED FEBRUARY 28, 2022 |
| vs. | |
| | RE: VACANT REAL PROPERTY |
| **Michelle L. Denning a/k/a Michelle Brunton and Michael A. Steele; Cavalry SPV I, LLC** | 633 Main Street, Old Town, ME 04468 Mortgage: January 7, 2008 Book 11272, Page 140 |
| **Defendants** | Penobscot County Registry of Deeds |

NOW COMES the Plaintiff, Federal National Mortgage Association by and through undersigned counsel, and hereby files this Motion to Vacate and/or Reconsider Order of Dismissal dated February 28, 2022. Undersigned counsel for Plaintiff states it did not file a Motion for Entry of Default as to Defendant by the court-scheduled deadline of February 10, 2022. As a result this Honorable Court issued an Order to Show Cause [ECF No. 12] on February 11, 2021. On February 28, 2021, this Honorable Court issued an Order of Dismissal dismissing the subject civil action without prejudice, as no response was received within the allotted 14 days from the date of the Order to Show Cause at ECF No. 12. Undersigned counsel for Plaintiff hereby states that the Motion to Extend time was drafted on February 11, 2022 and that it was due to my mistake in not confirming the filing was complete that its Motion to Extend Time for Filing of Motion for Entry of Default as to Defendants was not filed by the scheduled deadline and that it failed to respond in the allotted timeframe to the Order to Show Case at ECF No. 12. Undersigned counsel for Plaintiff is filing concurrently herewith a Motion to Extend Time for Filing of Motion for Entry of Default as to Defendants, and a Response to Order to Show Cause at ECF No. 12 to demonstrate the merits of the underlying motions should the Court grants it's Motion. In essence, the Defendant was served in hand, does not live at the property, the property is vacant and secure and the Plaintiff

would move for default except for the fact that the loan has been sold and we are awaiting a recorded assignment to record and amend the caption prior to filing the Motion for Default. In addition, undersigned counsel for Plaintiff offers her sincerest apologies for this oversight.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court vacate and/or reconsider the Order of Dismissal dated February 28, 2022.

DATED: February 28, 2022

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 28th day of February, 2022 served a copy of the above documents by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Michael A. Steele
192 Prentiss Street
Old Town, ME 04468

Cavalry SPV I, LLC
c/o CT Corporation System
128 State Street, #3
Augusta, ME 04330

Michelle L. Denning a/k/a Michelle Brunton
45 Pleasant View Ridge Road, Apt #3
South China, ME 04358